UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE M. STEADY, Esquire<br>1021 Cape May Avenue<br>Cape May, NJ 08294<br><br>       Plaintiff,<br><br>       v.<br><br>UNITED STATES PATENT<br> AND TRADEMARKS OFFICE<br>Dulany Street<br>Alexandria, VA<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-1356 (RJL)<br>)        **ECF**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PRAECIPE**

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Megan Rose as counsel for defendant in the above-captioned case.

Respectfully submitted,

_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E4220
Washington, D.C.  20530
(202) 514-7220

Dated: September 9, 2005

## CERTIFICATE OF SERVICE

I certify that the foregoing **Praecipe** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

**Jacquelin M. Steady, Esquire**
**1021 Cape May Avenue**
**Cape May, NJ 08204**

on this 9th day of September, 2005.

_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building, E4220
Civil Division
555 4th Street, NW
Washington, D.C. 20530