UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE M. STEADY, Esquire<br>1021 Cape May Avenue<br>Cape May, NJ 08294<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES PATENT<br>AND TRADEMARKS OFFICE<br>Dulany Street<br>Alexandria, VA<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-1356 (RJL)<br>)        **ECF**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME**

Defendant United States Patent and Trademark Office, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to Plaintiff's Complaint.[1]  Defendant requests that the deadline for responding to this Complaint be extended approximately one month, from September 12 to October 14, 2005.  This is Defendant's first request for an enlargement of time, and no scheduling order has been entered in this case.  Counsel for Defendant attempted to contact Plaintiff, *pro se*, but was unable to reach her.

This enlargement of time is sought because additional time is needed for counsel for Defendant to confer with agency counsel and obtain critical information about the circumstances of this case.  Plaintiff, *pro se*, is seeking damages for what appears to be some sort of defamation and tort claim.  Counsel for Defendant has been in contact with agency counsel and anticipates

---

[1]  By way of this motion for an extension of time, Defendant reserves any defense or defenses available under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

filing a dispositive motion in this case. However, due to counsel for Defendant's heavy caseload and briefing schedules in other matters, including <u>Melville v. Dept. of Justice</u>, 05-0645 (JGP), <u>Weingartner v. Dominguez</u>, 05-1031 (HHK), and <u>Hinnant v. Merritt</u>, C.A. No. 05-5141, and due to difficulty coordinating Defendant's counsel's and agency counsel's schedules out of the office, counsel for Defendant now requests this additional time to prepare Defendant's response.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to the complaint be extended to and including October 14, 2005.

Dated: September 9, 2005.

>Respectfully submitted,
>
>KENNETH L. WAINSTEIN, D.C. BAR # 451058
>United States Attorney
>
>/s/_____
>MEGAN L. ROSE, N.C. Bar # 28639
>Assistant United States Attorney
>555 4th Street, N.W. - Civil Division
>Washington, D.C. 20530
>(202) 514-7220

## CERTIFICATE OF SERVICE

I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiff pursuant to the U.S. mail, addressed to:

> **Jacquelin M. Steady, Esquire**
> **1021 Cape May Avenue**
> **Cape May, NJ 08204**

on this __9th__ day of September, 2005.

/s/
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington, D.C. 20530