UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUELINE M. STEADY, Esquire<br>1021 Cape May Avenue<br>Cape May, NJ 08294<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES PATENT<br>AND TRADEMARKS OFFICE<br>Dulany Street<br>Alexandria, VA<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-1356 (RJL)<br>)      **ECF**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>ORDER</u>**

This matter having come before the Court on Defendant's, United States Patent and Trademark Office, Motion to Dismiss, the memoranda in support and opposition, and the entire record in this case, it is this _____ day of _____ hereby

ORDERED that Defendant's Motion is hereby GRANTED; and it is

FURTHER ORDERED that plaintiff's claims are hereby DISMISSED in their entirety, with prejudice.

_____
United States District Judge