9-27-2005
1 of 4

RECEIVED

MOTION IN LIMINE
FOR FAILURE TO ENTER RECEIVED PAPER OF AUGUST 16-2005
AND ENTRY OF PAPER OF AUGUST 16-2005

RECEIVED   CASE # 1:05CV01356
SEP 2 9 2005   for RJL
JUDGE RICHARD LEON

Plaintiff, Jacqueline M. Steady, Esquire
1021 Cape May Avenue
Cape May, New Jersey 08204

201 401 7980

vs.

Defendant
United States Patent and Trademark Office
500 Dulany Street
Alexandria, Virginia 22313

    On August 16, 2005, Plaintiff filed the included paper indicated as received by the court, REQUEST FOR JUDICIAL EXPEDITED PROCEDURE FOR ENTRY OF DEFAULT JUDGMENT AND ENTRY OF FINAL DEFAULT JUDGMENT. In addition, Plaintiff served to the U.S. Attorney General, USPTO, and the U.S. Attorney by certified mail on August 16, 2005. Also, note the U.S. Attorney certified mail receipt is presumed missing the certified mail record sticker, copy of mailing receipts included. Further, On August 25, 2005, received by Express Mail, the United States District Court for the District of Columbia a copy of the filed paper indicated as received. One Sheldon L. Snook identified as the Administrative Assistant to the Chief Judge had actual possession of a copy of the filed paper and refused indication of entered for the defendant, copy of card included. Accordingly, this motion requires interruption and entry of the filed paper.

RESPECTFULLY SUBMITTED,

Jacqueline M. Steady, Esquire
Jacqueline M. Steady, Esquire
Pro Se
Appearing in Persona
1021 Cape May Avenue
Cape May, New Jersey 08204
201 401 7980