.9-27 2005
2 of 4

# REQUEST FOR JUDICIAL EXPEDITED PROCEDURE FOR ENTRY OF DEFAULT JUDGMENT AND ORDER OF FINAL DEFAULT JUDGMENT

Case # 1:05CV01356

for RJL

Plaintiff, Jacqueline M. Steady, Esquire, Pro Se, in Persona
1021 Cape May Avenue
Cape May, New Jersey 08204
(201) -401-7980

v.

Defendant

United States Patent and Trademark Office
500 Dulany Street
Alexandria, Virginia 22313

RECEIVED

AUG 1 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

On July 7, 2005 Plaintiff filed a complaint against Defendant demanding seven million dollars in damages.

A case management order dated July 12, 2005 ordered defendant to answer to answer, file and/or respond to said complaint within 30 days time frame required by Judge Richard J. Leon. Further, Defendant presents no indication that Defendant is and/or was incompetent, juvenile and/or a military reason not to answer, file and or respond to said complaint.

Presently, there is no response made by defendant. Defendant was served by mail on July 7, 2005 by Plaintiff. Service was made by certified mail to the U.S. Attorney General by with article number 7004 0750 0003 8444 7463, to the United States Patent and Trademark Office with article number 7004 0750 0003 8444 7456, and the U.S. Attorney with article number 7005 0390 0004 6440 1041.

In view of the egregious nature of Defendant's behavior, the damages demand, material public importance of Defendant's required behavior, failure to provide good faith and or excusable neglect in failure to answer, file and or respond. In view of the above, Defendant has failed to manifest any intent answer, file and/or respond. Further, in view of Defendant's wanton failure to answer, file and/or respond to the complaint Defendant must expeditiously provide the demanded damages.

RESPECTFULLY SUBMITTED,

Jacqueline M. Steady, Esquire
Pro Se
Appearing in Persona
1021 Cape May Avenue
Cape May, New Jersey 08204
(201) 401-7980

9-27-2005
3 of 4



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Sheldon L. Snook, Esq.
Administrative Assistant to the Chief Judge

United States Courthouse
333 Constitution Avenue, N.W.,   Telephone:        (202) 354-3320
Rm 4106                          Fax:              (202) 354-3412
Washington, DC 20001             E-mail: sheldon_snook@dcd.uscourts.gov

9-27-2005
4 of 4

