UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 6 - 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| JACQUELINE M. STEADY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 05-1356 (RJL) |
| | ) | |
| UNITED STATES PATENT AND | ) | |
| TRADEMARK OFFICE | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Before the Court is the defendant's [5] Motion to Dismiss, or in the Alternative, Motion to Transfer Case, which was filed on October 14, 2005. Because a ruling on defendant's motion may dispose of this case, plaintiff, proceeding *pro se*, is advised of her obligation under the Federal Rules of Civil Procedure and the local rules of this Court.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* litigants of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, it is this ___ day of June, 2006,



**ORDERED** that plaintiff shall respond to the defendant's [5] Motion to Dismiss, or in the Alternative, Motion to Transfer Case no later than 30 days from the date of this Order. If plaintiff does not respond by that date, the Court may treat the Motion as conceded pursuant to Local Rule 7(b) and enter judgment in favor of the defendant.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge