UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 24 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JACQUELINE M. STEADY, )
)
Plaintiff, )
)
v. ) Civ. Action No. 05-01356 (RJL)
)
)
UNITED STATES PATENT AND )
TRADEMARKS OFFICE )
)
Defendant. )

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 21st day of July 2006, hereby

**ORDERED** that [#9] defendant's Motion to Dismiss is GRANTED; and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is dismissed.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge